UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 3:06-cr-0003-LRH-RAM |
| Plaintiff, ) | ORDER |
| vs. ) | |
| KIRK DOUGLAS WINGO, ) | |
| Defendant. ) | |

WHEREAS the United States Probation Office for the District of Nevada has brought to the court's attention two subpoenas issued on behalf of the prosecutor and the defense which have been served upon United States Probation Officer Ron Crawford for an upcoming trial in the Second Judicial District Court of the State of Nevada in the matter entitled *State of Nevada v. Kirk Douglas Wingo aka Kirk Wingo*, and the court having reviewed the information being sought by such subpoenas with representatives of the Probation Office, and it appearing that the entirety of the subpoenaed information and prospective testimony of Officer Crawford warrants disclosure in the interest of justice, the court does hereby order and authorize such disclosure, and related testimony by authorized probation officers of the United States Probation Office, District of Nevada.

IT IS SO ORDERED.

DATED this 6th day of April, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE